```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

**WINFRED THOMAS,**              )
                                 )
        **Movant,**          )
                                 )
   vs.                           )     No. 4:06CV1133-DJS
                                 )
**UNITED STATES OF AMERICA,**    )
                                 )
        **Respondent.**      )

### JUDGMENT

Pursuant to the memorandum entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.


Dated this ___29th___ day of December, 2006.


                                                 /s/Donald J. Stohr
                                                 UNITED STATES DISTRICT JUDGE